ORDER:
Motion granted. CoreCivic's
Response is due March 1, 2017.

U.S. Magistrate Judg

**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF TENNESSEE**
**NASHVILLE DIVISION**

| | | |
|---|---|---|
| **DOUGLAS DODSON, TAZARIUS LEACH, RICHARD LITTLE, AND JASPER VICK,** | ) ) ) | |
| | ) | |
| **Plaintiffs,** | ) | |
| | ) | |
| **v.** | ) | **Civil Action Number 3:17-CV-48** |
| | ) | **District Judge Waverly D. Crenshaw, Jr.** |
| **CORECIVIC, THE TENNESSEE** | ) | **Magistrate Judge Jeffrey S. Frensley** |
| **DEPARTMENT OF CORRECTION,** | ) | |
| **and COMMISSIONER TONY** | ) | |
| **PARKER,** | ) | |
| | ) | |
| **Defendants.** | ) | |

---

## MOTION FOR ENLARGEMENT

---

Pursuant to Federal Rule of Civil Procedure 6(b), Defendant CoreCivic ("CoreCivic") respectfully moves the Court to enlarge the time for CoreCivic to answer or otherwise respond to the Complaint. As grounds for this Motion, CoreCivic states:

1. On January 12, 2017, Plaintiffs Douglas Dodson, Tazarius Leach, Richard Little, and Jasper Vick filed a Complaint against CoreCivic along with Defendants the Tennessee Department of Correction and Commissioner Tony Parker in the United States District Court for the Middle District of Tennessee. (Docket Entry 1).

2. On January 25, 2017, CoreCivic was served with the Summons and Complaint. (Docket Entry 14).

3. The undersigned counsel recently were retained to represent CoreCivic, and the undersigned counsel need additional time to answer or otherwise respond to the Complaint.