# UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF TENNESSEE
### NASHVILLE DIVISION

| | | |
|---|---|---|
| DOUGLAS DODSON, TAZARIUS LEACH, RICHARD LITTLE, JASPER VICK, et al, | ) ) ) ) | |
| Plaintiffs, | ) ) | |
| v. | ) ) | NO. 3:17-cv-00048 |
| | ) | JUDGE CRENSHAW |
| CORECIVIC, formerly d/b/a CORRECTIONS CORPORATION OF AMERICA; THE TENNESSEE DEPARTMENT OF CORRECTION, TONY PARKER, Commissioner of Tennessee Department of Correction | ) ) ) ) ) ) ) | |
| Defendants. | ) | |

## ORDER

Plaintiff Tazarius Leach's Motion for Voluntary Dismissal without Prejudice (Doc. No. 34) is **GRANTED.** Accordingly, this action is **DISMISSED** as to the claims of Plaintiff Leach against Defendants, and the Clerk is directed to terminate Leach as a party.

IT IS SO ORDERED.

_____
WAVERLY D. CRENSHAW, JR.
UNITED STATES DISTRICT JUDGE