IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

U.S. Magistrate Judge

|  |  |  |
|---|---|---|
| DOUGLAS DODSON, RICHARD LITTLE, JASPER VICK, ET AL, | ) ) ) ) ) | |
| Plaintiff | ) ) | |
| v. | ) ) | Case No. 3:17-cv-00048 |
| CORECIVIC FORMERLY d/b/a CORRECTIONS CORPORTATION OF AMERICA and THE TENNESSEE DEPARTMENT OF CORRECTION | ) ) ) ) ) ) | Judge Crenshaw Magistrate Judge Frensley |
| and TENNESSEE DEPARTMENT OF CORRECTION COMMISSIONER TONY PARKER | ) ) ) ) | |
| In his Official Capacity | ) ) ) ) | |
| Defendants | ) | |

## MOTION TO WITHDRAW AS COUNSEL

COMES NOW, Joshua D. Wilson, as counsel of record for Douglas Dodson, Richard

Little, and Jasper Vick, et al. ("Plaintiffs") and hereby files this Motion to Withdraw as Counsel

for Plaintiffs. Undersigned counsel respectfully submits that neither Plaintiffs, nor Defendant will

be prejudiced by such withdrawal as Plaintiffs will continue to be represented by counsel, Charles

P. Yezbak of the Yezbak Law Firm and Jon C. Goldfarb of the Law Firm of Wiggins, Childs,

Pantazis, Fisher & Goldfarb on this matter going forward.