# UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF TENNESSEE
### NASHVILLE DIVISION

| | | |
|---|---|---|
| **DOUGLAS DODSON, RICHARD LITTLE, AND JASPER VICK,** | ) | |
| | ) | |
| **Plaintiffs,** | ) | |
| | ) | |
| **v.** | ) | **Civil Action Number 3:17-CV-48** |
| | ) | **District Judge Waverly D. Crenshaw, Jr.** |
| **CORECIVIC, INC., THE** | ) | **Magistrate Judge Jeffrey S. Frensley** |
| **TENNESSEE DEPARTMENT** | ) | **Jury Demand** |
| **OF CORRECTION, and** | ) | |
| **COMMISSIONER TONY PARKER,** | ) | |
| | ) | |
| **Defendants.** | ) | |

## JOINT MOTION TO ENTER AGREED PROTECTIVE ORDER

Plaintiffs Douglas Dodson, Richard Little and Jasper Vick and Defendants CoreCivic, Inc., The Tennessee Department of Correction, and Commissioner Tony Parker respectfully move the Court to enter an Agreed Protective Order, attached to this Motion. In support of this Motion, the parties state that entry of the Agreed Protective Order will allow for the protection of their confidential information, as defined and described in the attached Protective Order.

Respectfully submitted,


/s/ Jon C. Goldfarb
Jon C. Goldfarb (admitted pro hac vice)
Rachel McGinley (admitted pro hac vice)
L. William Smith (admitted pro hac vice)
Wiggins, Childs, Pantazis, Fisher & Goldfarb, LLC
The Kress Building
301 19th Street North
Birmingham, Alabama 35203
(205) 314-0500

/s/ Charles P. Yezbak, III
Charles P. Yezbak, III (#18965)
Yezbak Law Offices
2002 Richard Jones Road, Suite B-200
Nashville, Tennessee 37215
(615) 250-2000

*Counsel for Plaintiffs Douglas Dodson,
Richard Little, and Jasper Vick*


/s/ Erin Palmer Polly
Joseph F. Welborn (#15076)
Erin Palmer Polly (#22221)
Paige Ayres Nutini (#34133)
Butler Snow LLP
The Pinnacle at Symphony Place
150 Third Avenue, South
Nashville, Tennessee  37201
(615) 651-6700

/s/ Kyle V. Miller
Kyle V. Miller (admitted pro hac vice)
Butler Snow LLP
Renaissance at Colony Park
1020 Highland Colony Parkway, Suite 1400
P.O. Box 6010
Ridgeland, Mississippi 39158
(601) 948-5711

*Counsel for Defendant CoreCivic, Inc.*


2

/s/ Jennifer L. Brenner
Jennifer L. Brenner (#22692)
Civil Rights & Claims Division
Office of the Attorney General & Reporter
P.O. Box 20207
Nashville, Tennessee 37202
(615) 532-2500

*Counsel for The Tennessee Department of
Correction and Commissioner Tony Parker*

37562238v1

Case 3:17-cv-00048    Document 41    Filed 08/10/17    Page 3 of 3 PageID #: 149