# IN THE UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF TENNESSEE
### NASHVILLE DIVISION

DOUGLAS DODSON, et al.      )
     Plaintiff(s)      )
     )
v.      )     Case No.  3:17-0048
     )     Judge Crenshaw /Frensley
CORECIVIC, formerly *d/b/a* Corrections      )
Corporation of America, et al.      )
     Defendant(s)      )

## **O R D E R**

On August 17, 2017, Defendants Tennessee Department of Corrections and Tony Parker, filed a Motion to Dismiss,  Memorandum in Support, and the Affidavit of Brandon Maloney. Docket Nos. 43-45.  The next day, August 18, 2017, Defendant CoreCivic filed a Motion to Dismiss and for Summary Judgment, Memorandum in Support, Statement of Facts, the Declaration of Beverly Atwood, and the Declaration of Bridgett Pierce.  Docket Nos. 46-50.

According to the Initial Case Management Order entered on April 7, 2017, by the undersigned, the response is due 28 days after the service of the Motion, and an optional reply file be filed within 14 days after the service of the Response.  Docket No. 33.

Any filings made related to the Motions to Dismiss and for Summary Judgment (extensions of time, exceed page limits) shall be considered by Judge Crenshaw, Chief District Judge.

IT IS SO ORDERED.

JEFFERY S. FRENSLEY
United States Magistrate Judge