ORDER:
Motion granted without opposition.

**IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION**

U.S. Magistrate Judge

| | | |
|---|---|---|
| DOUGLAS DODSON, TAZARIUS LEACH, RICHARD LITTLE, JASPER VICK, et al., | ) ) ) | |
| | ) | |
| Plaintiffs, | ) | |
| | ) | CIVIL ACTION NO.: |
| v. | ) | 3:17-CV-00048 |
| | ) | |
| CORECIVIC, FORMERLY d/b/a CORRECTIONS CORPORATION OF AMERICA and THE DEPARTMENT OF CORRECTION | ) ) ) ) | OPPOSED |
| | ) | |
| and TENNESSEE DEPARTMENT OF CORRECTION COMMISSIONER TONY PARKER, | ) ) ) | |
| | ) | |
| Defendants. | ) | |

**Motion for Leave to Amend Complaint
to Add Additional Named Plaintiffs**

Plaintiffs hereby request leave to file the attached amended complaint adding as additional named plaintiffs John Young and Edward Judd, both of whom are inmates with insulin-dependent diabetes who have been housed at Trousdale Turner Correctional Center in Hartsville, TN. (EX A). The Court's Initial Case Management Order states that "Any motions to amend or to add parties shall be filed by no later than November 16, 2017." (Doc. 33 at 7). That deadline has not yet passed. Amendment is warranted in light of the Motions to Dismiss which have been filed asserting that the current named Plaintiff s lack standing. Accordingly, Plaintiffs respectfully request that leave to file the attached amended complaint be granted.

Respectfully submitted,