UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | |
|---|---|
| **DOUGLAS DODSON, EDWARD JUDD, RICHARD LITTLE, JASPER VICK, AND JOHN YOUNG,** ) ) ) ) | |
| **Plaintiffs,** ) ) | |
| v. ) ) | Civil Action Number 3:17-CV-48 District Judge Waverly D. Crenshaw, Jr. |
| **CORECIVIC, INC., THE TENNESSEE DEPARTMENT OF CORRECTION, and COMMISSIONER TONY PARKER,** ) ) ) ) ) | Magistrate Judge Jeffrey S. Frensley Jury Demand |
| **Defendants.** ) | |

## DEFENDANT CORECIVIC, INC.'S SUPPLEMENTAL MOTION TO DISMISS AND FOR SUMMARY JUDGMENT[1]

Pursuant to Federal Rules of Civil Procedure 12 and 56 and the Prison Litigation Reform Act ("PLRA"), 42 U.S.C. § 1997c, Defendant CoreCivic, Inc. ("CoreCivic") respectfully moves the Court to dismiss and/or enter summary judgment on the Americans with Disabilities Act ("ADA"), Eighth Amendment, and Fourteenth Amendment claims that Plaintiffs Douglas Dodson ("Dodson"), Edward Judd ("Judd"), Richard Little ("Little"), Jasper Vick ("Vick"), and John Young ("Young") have asserted against CoreCivic in this lawsuit.

Dodson, Little, and Vick previously were incarcerated at the Trousdale Turner Correctional Center ("Trousdale"), and Judd and Young presently are incarcerated at Trousdale.[2] (Docket Entry 55 ¶¶ 8-11; Docket Entry 53). CoreCivic operates Trousdale pursuant to a

---

[1] This Supplemental Motion to Dismiss and for Summary Judgment is being filed in response to the Amended Complaint and is intended to replace the Motion for Summary Judgment.

[2] Dodson is incarcerated at the Lois M. DeBerry Special Needs Facility, Little no longer is incarcerated, and Vick is incarcerated at the South Central Correctional Center. (Docket Entry 49 ¶ 4).

contract with Defendant the Tennessee Department of Correction. (Docket Entry 49 ¶ 2). Through their lawsuit, Plaintiffs contend that CoreCivic violated the ADA, the Eighth Amendment, and the Fourteenth Amendment. (Docket Entry 55 ¶¶ 79-103). Plaintiffs are insulin-dependent diabetics and contend that CoreCivic failed to provide them access to necessary diabetic treatment and failed to coordinate insulin administration with regular mealtimes during their respective incarcerations at Trousdale. (*Id*. ¶¶ 55-78). Plaintiffs ignore the fact that CoreCivic has contracted with other entities to provide medical treatment and food services to inmates who are incarcerated at Trousdale and attempt to correlate CoreCivic's alleged failures with claims of understaffing and undertraining of CoreCivic employees at Trousdale. (*Id*. ¶¶ 36-44). Plaintiffs seek declaratory and injunctive relief through their lawsuit against CoreCivic and do not seek monetary damages. (*Id*. ¶ 5-6, IX). The Court should dismiss and/or enter summary judgment on Plaintiffs' ADA, Eighth Amendment, and Fourteenth Amendment claims against CoreCivic for the following reasons:

- Plaintiffs seek declaratory and injunctive relief through their lawsuit against CoreCivic and do not seek monetary damages. Dodson, Little, and Vick, however, are not incarcerated at Trousdale. Because of this, their claims for declaratory and injunctive relief are moot. Therefore, the Court should dismiss Dodson, Little, and Vick's ADA, Eighth Amendment, and Fourteenth Amendment claims against CoreCivic.

- Title II of the ADA does not apply to CoreCivic. Therefore, the Court should dismiss Plaintiffs' ADA claim against CoreCivic.

- Dodson, Judd, Little, and Young did not exhaust their administrative remedies. Therefore, the Court should enter summary judgment on their ADA, Eighth Amendment, and Fourteenth Amendment claims against CoreCivic.

The Court should grant CoreCivic's Supplemental Motion. In further support, CoreCivic submits a Supplemental Memorandum of Law, a Supplemental Statement of Undisputed

Material Facts, the Declaration of Beverly Atwood (Docket Entry 49), the Declaration of Bridgett Pierce (Docket Entry 50), and the Supplemental Declaration of Bridgett Pierce.

    Respectfully submitted,

    /s/ Erin Palmer Polly
    Joseph F. Welborn, III (#15076)
    Erin Palmer Polly (#22221)
    Paige Ayres Nutini (#34133)
    Butler Snow LLP
    The Pinnacle at Symphony Place
    150 Third Avenue, South
    Nashville, Tennessee 37201
    (615) 651-6700
    (615) 651-6701

    /s/ Kyle V. Miller
    Kyle V. Miller
    (Mississippi Bar #102227)
    Butler Snow LLP
    Renaissance at Colony Park
    1020 Highland Colony Parkway, Suite 1400
    P.O. Box 6010
    Ridgeland, Mississippi 39158
    (601) 948-5711
    (601) 985-4500

    *Counsel for Defendant CoreCivic, Inc.*

## CERTIFICATE OF SERVICE

        I certify that a true and exact copy of the foregoing has been served upon Filing Users via the electronic filing system and on other counsel via U. S. Mail, first-class postage prepaid, this September 18, 2017, on the following:

| | |
|---|---|
| John C. Goldfarb<br>L. William Smith<br>Wiggins, Childs, Pantazis, Fisher & Goldfarb, LLC<br>The Kress Building<br>301 19th Street, North<br>Birmingham, Alabama 35203 | Charles P. Yezback, III<br>Yezback Law Offices<br>2002 Richard Jones Road, Suite B-200<br>Nashville, Tennessee 37215 |
| Jennifer L. Brenner<br>Torrey Samson<br>Civil Rights & Claims Division<br>Office of the Attorney General & Reporter<br>P.O. Box 20207<br>Nashville, Tennessee 37202 | |

                                                                         /s/ Erin Palmer Polly

38088603v1