# IN THE UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF TENNESSEE
### NASHVILLE DIVISION

DOUGLAS DODSON, et al.        )
     Plaintiff(s)         )
                       )
v.                       )      Case No.  3:17-0048
                       )      Judge Crenshaw /Frensley

CORECIVIC, INC., et al.       )
     Defendant(s)       )

## O R D E R

On September 18, 2017, Defendant CoreCivic Inc. filed a Supplemental Motion to Dismiss and for Summary Judgment, Memorandum in Support, Declaration of Bridgett Pierce, and Statement of Facts. Docket Nos. 59-62. According to footnote 1, this Supplemental Motion is being filed in response to the Amended complaint and is intended to replace the Motion for Summary Judgment filed on August 18, 2017. The response is due 20 days after the service of the Motion, and an optional reply file be filed within 10 days after the service of the Response. Docket No. 51.

Any filings made related to the Motion for Summary Judgment (extensions of time, exceed page limits) shall be considered by Judge Crenshaw, Chief District Judge.

IT IS SO ORDERED.

_____
JEFFERY S. FRENSLEY
United States Magistrate Judge