ORDER:
Motion granted.

**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF TENNESSEE**
**NASHVILLE DIVISION**

U.S. Magistrate Judge

| | | |
|---|---|---|
| DOUGLAS DODSON, EDWARD JUDD, RICHARD LITTLE, JASPER VICK, AND JOHN YOUNG, | ) ) ) | |
| | ) | |
| Plaintiffs, | ) | |
| | ) | |
| v. | ) | Civil Action Number 3:17-CV-48 |
| | ) | District Judge Waverly D. Crenshaw, Jr. |
| CORECIVIC, INC., THE | ) | Magistrate Judge Jeffrey S. Frensley |
| TENNESSEE DEPARTMENT | ) | Jury Demand |
| OF CORRECTION, and | ) | |
| COMMISSIONER TONY PARKER, | ) | |
| | ) | |
| Defendants. | ) | |

---

### DEFENDANT CORECIVIC, INC.'S MOTION FOR PERMISSION TO FILE REPLY

---

Pursuant to Local Rule 7.01(b), Defendant CoreCivic, Inc. ("CoreCivic") respectfully requests permission to file a Reply in support of its pending Motion to Stay Discovery. A Reply is needed to address certain arguments that are contained in the Response of Plaintiffs Douglas Dodson, Edward Judd, Richard Little, Jasper Vick, and John Young. CoreCivic has attached a copy of its proposed Reply as Exhibit A, which is limited to two pages in length of law and argument. CoreCivic respectfully requests that the Court grant it permission to file the attached Reply in support of its pending Motion to Stay Discovery.