ORDER:
Motion granted.

U.S. Magistrrate Judge

# IN THE UNITED STATES DISTRICT COURT
## FOR THE MIDDLE DISTRICT OF TENNESSEE
### NASHVILLE DIVISION

Douglas Dodson, *et al.*,                         )
                                                  )          Case No. 3:17-cv-00048
            Plaintiffs,                           )          Judge Waverly D. Crenshaw, Jr.
                                                  )          Magistrate Judge Jeffery S. Frensley
                                                  )          Jury Trial Demanded
v.                                                )
                                                  )
CoreCivic, formerly d/b/a Corrections             )
Corporation of America; Tenn. Dept.               )
of Correction, Tony Parker, Commissioner,  )
                                                  )
            Defendants.                           )

---

## MOTION FOR LEAVE TO FILE DOCUMENTS UNDER SEAL

---

The State defendants, Tennessee Department of Correction and Commissioner Tony Parker, by and through the undersigned counsel, hereby move this Honorable Court for permission to file the following documents under seal: Medical records related to the named plaintiffs in the above-captioned case.

These records may contain confidential, health-related and other personal information. These records are being filed in support of the defendants' response in opposition to plaintiffs' motion to certify this case as a class action. To protect the privacy of these plaintiffs, the undersigned would respectfully request that they be allowed to file the aforementioned medical records under seal.

1