# UNITED STATES DISTRICT COURT
# MIDDLE DISTRICT OF TENNESSEE
# NASHVILLE DIVISION

DOUGLAS DODSON, et al.,    )

       )

   Plaintiffs,    )

       )

v.    )   **NO. 3:17-cv-00048**

       )   **CHIEF JUDGE CRENSHAW**

CORECIVIC, INC., et al.,    )

       )

   Defendants.    )

## ORDER

Pursuant to the division of the docket, this case is transferred to Judge Chip Campbell. All previously imposed deadlines and Court dates remain unchanged, pending any further order from Judge Campbell.

IT IS SO ORDERED.

_____

WAVERLY D. CRENSHAW, JR.
CHIEF UNITED STATES DISTRICT JUDGE

1