ORDER:
The Clerk shall terminate
Atty Nutini from this case.

U.S. Magistrate Judge

**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF TENNESSEE**
**NASHVILLE DIVISION**

| | | |
|---|---|---|
| **DOUGLAS DODSON, TAZARIUS LEACH, RICHARD LITTLE, AND JASPER VICK,** | ) ) ) ) | |
| **Plaintiffs,** | ) ) | |
| **v.** | ) ) | **Civil Action Number 3:17-CV-48** |
| | ) | **Judge William Lynn Campbell, Jr.** |
| **CORECIVIC, THE TENNESSEE DEPARTMENT OF CORRECTION, and COMMISSIONER TONY PARKER,** | ) ) ) ) | **Magistrate Judge Jeffrey S. Frensley** |
| **Defendants.** | ) ) | |

## NOTICE OF WITHDRAWAL OF COUNSEL

Defendant CoreCivic, Inc. hereby provides notice that Paige Ayres Nutini has ended her employment with Butler Snow LLP effective January 26, 2018 to begin a judicial clerkship and that she no longer will serve as counsel on this matter.

Respectfully submitted,

/s/ Joseph F. Welborn, III
Joseph F. Welborn, III (#15076)
Erin Palmer Polly (#22221)
Butler Snow LLP
The Pinnacle at Symphony Place
150 Third Avenue, South
Nashville, Tennessee 37201
(615) 651-6700
(615) 651-6701

*Counsel for Defendant CoreCivic*