ORDER: MOTION GRANTED

# UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF TENNESSEE
### NASHVILLE DIVISION

| | | |
|---|---|---|
| DOUGLAS DODSON, EDWARD JUDD, RICHARD LITTLE, JASPER VICK, AND JOHN YOUNG, | ) ) ) ) | |
| Plaintiffs, | ) ) | |
| v. | ) ) | Civil Action Number 3:17-CV-48 |
| | ) | District Judge William L. Campbell, Jr. |
| CORECIVIC, INC., THE | ) | Magistrate Judge Jeffrey S. Frensley |
| TENNESSEE DEPARTMENT | ) | Jury Demand |
| OF CORRECTION, and | ) | |
| COMMISSIONER TONY PARKER, | ) | |
| | ) | |
| Defendants. | ) | |

## MOTION FOR ENLARGEMENT OF TIME TO RESPOND TO MOTION TO INTERVENE AND MOTION FOR LEAVE

Pursuant to Federal Rule of Civil Procedure 6, Defendants CoreCivic, Inc., the Tennessee Department of Correction, and Commissioner Tony Parker respectfully move the Court for an enlargement of time to respond to the Motion to Intervene that was filed by the American Diabetes Association ("ADA") (Docket Entry 106) and the Motion for Leave to File Second Amended Complaint that was filed by Plaintiffs Douglas Dodson, Edward Judd, Richard Little, Jasper Vick, and John Young (Docket Entry 109). Defendants request an additional fourteen days through April 2, 2018, for these reasons:

1. On March 5, 2018, the ADA filed a Motion to Intervene (Docket Entry 106), and Plaintiffs filed a Motion for Leave to File Second Amended Complaint (Docket Entry 109). Defendants' response to both Motions presently is due on March 19, 2018.