# IN THE UNITED STATES DISTRICT COURT
## FOR THE MIDDLE DISTRICT OF TENNESSEE
### NASHVILLE DIVISION

| | | |
|---|---|---|
| DOUGLAS DODSON, RICHARD LITTLE, and JASPER VICKS, et al. | ) ) ) ) | |
| Plaintiffs, | ) ) | **Case No. 3:17-CV-00048** |
| v. | ) ) ) | **District Judge Campbell** **Magistrate Judge Frensley** |
| CORECIVIC, Formerly d/b/a CORRECTIONS CORP. OF AMERICA and TENNESSEE DEPT. OF CORRECTION | ) ) ) ) ) | |
| and | ) ) | |
| TENNESSEE DEPT. OF CORRECTION COMMISSIONER TONY PARKER, in his official capacity, | ) ) ) ) | |
| Defendants. | ) ) | |

---

## AMERICAN DIABETES ASSOCIATION'S
## REQUEST FOR LEAVE TO FILE CONSOLIDATED REPLY TO DEFENDANTS' OPPOSITIONS TO AMERICAN DIABETES ASSOCIATION'S MOTION TO INTERVENE

---

The American Diabetes Association ("The Association"), by and through counsel, files this Request for Leave to file a consolidated reply to Defendants' Oppositions to the Association's Motion to Intervene in the above captioned matter. A reply is needed to correct the misapprehension of a factual issue, discuss a misleading factual characterization, and address questions raised regarding the Association's standing. The Association seeks this Court's leave to file a reply pursuant to Middle District of Tennessee Local Rule 7.01(b) and the Practice and