# UNITED STATES DISTRICT COURT
# MIDDLE DISTRICT OF TENNESSEE
# NASHVILLE DIVISION

| | | |
|---|---|---|
| DOUGLAS DODSON, EDWARD JUDD, RICHARD LITTLE, JASPER VICK, AND JOHN YOUNG, | ) ) ) ) | |
| Plaintiffs, | ) ) | |
| v. | ) ) | Civil Action Number 3:17-CV-48 |
| | ) | District Judge William L. Campbell, Jr. |
| CORECIVIC, INC., THE | ) | Magistrate Judge Jeffrey S. Frensley |
| TENNESSEE DEPARTMENT | ) | Jury Demand |
| OF CORRECTION, and | ) | |
| COMMISSIONER TONY PARKER, | ) | |
| | ) | |
| Defendants. | ) | |

## DEFENDANT CORECIVIC, INC.'S MOTION
## FOR PERMISSION TO FILE SURREPLY

Defendant CoreCivic, Inc. ("CoreCivic") respectfully requests permission to file a short Surreply to the American Diabetes Association's ("ADA") Motion to Intervene. The ADA filed a Motion to Intervene on March 5, 2018, to which CoreCivic filed a Response on April 2, 2018. (Docket Entries 106 and 117). The ADA filed a Reply on April 10, 2018, and that Reply raises issues and makes arguments that were not fully contained within the Motion to Intervene. (Docket Entry 121). CoreCivic believes that a short Surreply is warranted to address the additional issues and arguments that the ADA raised in its Reply. Therefore, CoreCivic respectfully moves the Court for permission to file a brief Surreply.

The undersigned counsel presently are preparing for a trial that is scheduled to begin on April 23, 2018, in the Eastern District of Tennessee. Because of this trial preparation and upcoming trial, CoreCivic requests that the Court permit it to file this Surreply on or before April