# UNITED STATES DISTRICT COURT
# MIDDLE DISTRICT OF TENNESSEE
# NASHVILLE DIVISION

| | |
|---|---|
| DOUGLAS DODSON, ) <br> EDWARD JUDD, RICHARD LITTLE, ) <br> JASPER VICK, and JOHN YOUNG, ) <br> ) <br> Plaintiffs, ) <br> ) <br> v. ) <br> ) <br> CORECIVIC, INC., THE ) <br> TENNESSEE DEPARTMENT ) <br> OF CORRECTION, and ) <br> COMMISSIONER TONY PARKER, ) <br> ) <br> Defendants. ) | Civil Action Number 3:17-CV-48 <br> District Judge William L. Campbell, Jr. <br> Magistrate Judge Jeffrey S. Frensley <br> Jury Demand |

## SUGGESTION OF DEATH

Pursuant to Federal Rule of Civil Procedure 25(a), Defendant CoreCivic, Inc. respectfully submits this Suggestion of Death for Plaintiff John Young, who passed away on or about March 15, 2018, during the pendency of this action.

Respectfully submitted,

/s/ Erin Palmer Polly
Joseph F. Welborn, III (#15076)
Erin Palmer Polly (#22221)
Butler Snow LLP
The Pinnacle at Symphony Place
150 Third Avenue, South
Nashville, Tennessee 37201
(615) 651-6700

Kyle V. Miller
(Mississippi Bar #102227)
Butler Snow LLP
Renaissance at Colony Park
1020 Highland Colony Parkway, Suite 1400
P. O. Box 6010
Ridgeland, Mississippi 39158
(601) 948-5711

*Counsel for Defendant CoreCivic, Inc.*

## CERTIFICATE OF SERVICE

       I certify that a true and exact copy of the foregoing has been served upon Filing Users via the electronic filing system and on other counsel via U. S. Mail, first-class postage prepaid, this April 30, 2018, on the following:

John C. Goldfarb
L. William Smith
Wiggins, Childs, Pantazis, Fisher & Goldfarb, LLC
The Kress Building
301 19th Street, North
Birmingham, Alabama  35203

Justin Gilbert
Gilbert, McWherter, Scott & Bobbit PLC
200 West Martin Luther King Boulevard
Suite 1067
Chattanooga, Tennessee  37402

Sara Fech-Baughman
American Diabetes Association
2451 Crystal Drive, Suite 900
Arlington, Virginia  22202

Charles P. Yezback, III
Yezback Law Offices
2002 Richard Jones Road, Suite B-200
Nashville, Tennessee  37215

Alan L. Yatvin
Popper & Yatvin
230 South Broad Street, Suite 503
Philadelphia, Pennsylvania  19102

Jennifer L. Brenner
Torrey Samson
Tennessee Attorney General's Office
P. O. Box 20207
Nashville, Tennessee  37202

            /s/ Erin Palmer Polly

41958877.v1