**IN THE UNITED STATES DISTRICT COURT FOR THE**
**MIDDLE DISTRICT OF TENNESSEE**
**NASHVILLE DIVISION**

| | |
|---|---|
| **DOUGLAS DODSON, et al.,** | ) |
| | ) |
| **Plaintiffs,** | ) |
| | ) |
| **v.** | ) |
| | )   **NO. 3:17-cv-00048** |
| **CORECIVIC, et al.,** | ) |
| | )   **JUDGE CAMPBELL** |
| **Defendants.** | ) |

## ORDER

The Court will hold a status conference in this action on Thursday, May 24, 2018, at 1:30

p.m. Given the age of pending motions, the Court has questions about the status of factual matters

therein; this conference is not, however, a time for further argument of the pending Motions.

It is so **ORDERED**.

_____
WILLIAM L. CAMPBELL, JR.
UNITED STATES DISTRICT JUDGE