ORDER: Motion GRANTED. The status conference is reset for May 29, 2018, at 10:00 a.m.

# UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF TENNESSEE
### NASHVILLE DIVISION

| | | |
|---|---|---|
| **DOUGLAS DODSON,** | ) | |
| **EDWARD JUDD, RICHARD LITTLE,** | ) | |
| **JASPER VICK, and JOHN YOUNG,** | ) | |
| | ) | |
| **Plaintiffs,** | ) | |
| | ) | **Civil Action Number 3:17-CV-48** |
| **v.** | ) | **District Judge William L. Campbell, Jr.** |
| | ) | **Magistrate Judge Jeffrey S. Frensley** |
| **CORECIVIC, INC., THE** | ) | **Jury Demand** |
| **TENNESSEE DEPARTMENT** | ) | |
| **OF CORRECTION, and** | ) | |
| **COMMISSIONER TONY PARKER,** | ) | |
| | ) | |
| **Defendants.** | ) | |

---

## JOINT MOTION TO RESCHEDULE STATUS CONFERENCE

---

On May 14, 2018, the Court scheduled a Status Conference in this matter for May 24, 2018, at 1:30 p.m. (Docket Entry 127). Certain of the lawyers in this matter cannot attend the Status Conference on this date and at this time for a variety of reasons that they submit are in good faith. The undersigned counsel consulted with the Court and learned that the Court is available on May 29, 2017, at 10:00 a.m. Therefore, the undersigned counsel respectfully request that the Court reschedule the Status Conference to May 29, 2017, at 10:00 a.m.