ORDER: Motion GRANTED.

*William L. Campbell, Jr.*

**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF TENNESSEE**
**NASHVILLE DIVISION**

| | | |
|---|---|---|
| **DOUGLAS DODSON,** | ) | |
| **EDWARD JUDD, RICHARD LITTLE** | ) | |
| **JASPER VICK, and JOHN YOUNG,** | ) | |
| | ) | |
| **Plaintiffs,** | ) | |
| | ) | **Civil Action Number 3:17-CV-48** |
| **v.** | ) | **District Judge William L. Campbell, Jr.** |
| | ) | **Magistrate Judge Jeffrey S. Frensley** |
| **CORECIVIC, INC., THE** | ) | **Jury Demand** |
| **TENNESSEE DEPARTMENT** | ) | |
| **OF CORRECTION, and** | ) | |
| **COMMISSIONER TONY PARKER,** | ) | |
| | ) | |
| **Defendants.** | ) | |

---

### MOTION TO EXCUSE CHARLES P. YEZBAK, III FROM THE MAY 29, 2018 STATUS CONFERENCE

---

Local counsel Charles Yezbak requests permission to be excused from attending the

status conference.  Mr. Yezbak had surgery Thursday May 24 and will be recuperating on

Tuesday May 29.  Lead Counsel for Plaintiff will attend the conference.

RESPECTFULLY SUBMITTED,

/s/ Charles P. Yezbak, III

Charles P. Yezbak, III (#18965)
Yezbak Law Offices
2002 Richard Jones Road, Suite B-200
Nashville, Tennessee  37215
(615) 250-2000


*Counsel for Plaintiffs Douglas Dodson,*
*Edward Judd, Richard Little, Jasper Vick,*
*and John Young*