ORDER: Motion GRANTED. Mr. Gilbert may appear by telephone by calling 1-866-390-1828 and enter 7884640# access code.

# IN THE UNITED STATES DISTRICT COURT
## FOR THE MIDDLE DISTRICT OF TENNESSEE
## NASHVILLE DIVISION

|  |  |  |
|---|---|---|
| DOUGLAS DODSON, RICHARD LITTLE, and JASPER VICKS, et al. | ) ) ) ) | |
| Plaintiffs, | ) ) | **Case No. 3:17-CV-00048** |
| v. | ) ) ) | **District Judge Campbell** **Magistrate Judge Frensley** |
| CORECIVIC, Formerly d/b/a CORRECTIONS CORP. OF AMERICA and TENNESSEE DEPT. OF CORRECTION | ) ) ) ) ) | |
| and | ) ) | |
| TENNESSEE DEPT. OF CORRECTION COMMISSIONER TONY PARKER, in his official capacity, | ) ) ) ) | |
| Defendants. | ) ) | |

## MOTION TO ATTEND SCHEDULING CONFERENCE BY TELEPHONE

Comes now counsel for the Intervenors, American Diabetes Association, and respectfully moves this Court for permission to attend the scheduling conference set for 9:00 a.m., Tuesday, May 29th, by telephone. In support of this motion, counsel states the following:

1. The court's Scheduling conference is set for Tuesday, May 29, 2018.

2. The American Diabetes Association intends to have a lawyer from its Washington, DC office attend, Ms. Sarah Fech. Local counsel, Justin Gilbert, from Chattanooga, also planned to attend in person. However, Mr. Gilbert has been asked to attend an emergency mediation in Phoenix, Arizona the following morning of May 30, 2018, and must take a flight out of Atlanta