**IN THE UNITED STATES DISTRICT COURT FOR THE
MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION**

| | | |
|---|---|---|
| **DOUGLAS DODSON, et al.,** | ) | |
| | ) | |
| **Plaintiffs,** | ) | |
| | ) | **NO. 3:17-cv-0048** |
| **v.** | ) | |
| | ) | **JUDGE CAMPBELL** |
| **CORECIVIC, et al.,** | ) | |
| | ) | |
| **Defendants.** | ) | |

**ORDER**

Pending before the Court are Defendants' Motions to Dismiss (Doc. Nos. 59 and 65); Plaintiffs' Motion for Class Certification (Doc. No. 68); the American Diabetes Association's Motion to Intervene (Doc. No. 106); and Plaintiffs' Motion to File Second Amended Complaint (Doc. No. 109). The Court held a Status Conference on May 29, 2018. As a result of that Status Conference and because of the length of time since the filing of the pending motions, the stay of discovery (Doc. No. 105) is partially lifted, as set forth herein.

The parties shall have sixty (60) days, until July 30, 2018, to take written discovery and depositions related solely to the following three issues:

(1) Plaintiffs'[1] compliance with diabetic medical care while they were at Trousdale;

(2) Plaintiffs' exhaustion of administrative remedies as to the issues in this action; and

(3) When and why Plaintiffs were transferred from Trousdale to other facilities.

---

[1]     Plaintiffs' counsel represented at the Status Conference that the current Plaintiffs are Dodson, Vick and Judd.

The parties shall have until August 20, 2018, to file supplemental briefs on the pending motions, based on any additional information obtained in this limited discovery. No further briefing will be allowed on the pending motions absent Order of the Court.

All claims of Plaintiffs Little and Young are DISMISSED.

It is so **ORDERED**.

_____

WILLIAM L. CAMPBELL, JR.
UNITED STATES DISTRICT JUDGE