# UNITED STATES DISTRICT COURT
## FOR THE MIDDLE DISTRICT OF TENNESSEE
### NASHVILLE DIVISION

DOUGLAS DODSON, et al. )
    Plaintiff(s) )
                          )

v. )    Case No. 3:17-0048
                         )    Judge Campbell / Frensley
                         )

CORECIVIC, et al. )
    Defendant(s) )

## **O R D E R**

Pending before the Court are the State Defendants' Motion for Extension of Time to File a Dispositive Motion (Docket No. 135) and Defendant CoreCivic's Motion for Extension of Time to File a Dispositive Motion (Docket No. 136). These Motions are GRANTED, and the Dispositive Motion deadline is extended to **August 30, 2018.**

IT IS SO ORDERED.

_____
JEFFERY S. FRENSLEY
United States Magistrate Judge