# UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF TENNESSEE
### NASHVILLE DIVISION

DOUGLAS DODSON, et al.      )
     Plaintiff(s)       )
                              )
v.                            )      Case No. 3:17-0048
                              )      Judge Campbell /Frensley
                              )
CORECIVIC, INC., et al.     )
     Defendant(s)     )

## O R D E R

Pending before the Court is the Defendants' Motion for Enlargement. Docket No. 139.

That Motion is GRANTED. The dispositive motion deadline is **January 15, 2019.** Responses to

the motion shall be filed 28 days after the filing of the motion; optional replies shall be filed 14

days after the filing of the response.

The undersigned recommends the current trial date of December 11, 2018, be continued.

The target trial date is June 4, 2019.

IT IS SO ORDERED.

_____
JEFFERY S. FRENSLY
United States Magistrate Judge