**IN THE UNITED STATES DISTRICT COURT FOR THE
MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION**

| | | |
|---|---|---|
| **DOUGLAS DODSON, et al.,** | ) | |
| | ) | |
| **Plaintiffs,** | ) | |
| | ) | |
| **v.** | ) | **NO. 3:17-cv-00048** |
| | ) | |
| **CORECIVIC, et al.,** | ) | **JUDGE CAMPBELL** |
| | ) | **MAGISTRATE JUDGE** |
| **Defendants.** | ) | **FRENSLEY** |

## ORDER

Pending before the Court is Plaintiffs' Motion for Class Certification (Doc. No. 68). For the reasons stated in the accompanying Memorandum Opinion, Plaintiffs' Motion is GRANTED, and the Court certifies a class as follows:

> All inmates with Type I and insulin-dependent Type II diabetes who are or may become housed at Trousdale Turner Correctional Facility and who require access to blood sugar checks and insulin administration in coordination with regular mealtimes.

The Court appoints the named Plaintiffs, Dodson and Vick, as class representatives and their counsel will be appointed as class counsel. This case is referred to the Magistrate Judge to determine which of Plaintiff's counsel's four law firms shall be appointed as class counsel.

It is so **ORDERED**.

_____
WILLIAM L. CAMPBELL, JR.
UNITED STATES DISTRICT JUDGE