| | | |
|---|---|---|
| DOUGLAS DODSON, et al., | ) | |
| | ) | |
| Plaintiffs, | ) | |
| | ) | |
| v. | ) | NO. 3:17-cv-00048 |
| | ) | |
| CORECIVIC, et al., | ) | JUDGE CAMPBELL |
| | ) | MAGISTRATE JUDGE |
| Defendants. | ) | FRENSLEY |

## ORDER

Pending before the Court are a Motion to Intervene as Plaintiff (Doc. No. 106), filed by

the American Diabetes Association ("the Association"), and a related Motion for Leave to File

Second Amended Complaint (Doc. No. 109), filed by Plaintiffs.

For the reasons stated in the accompanying Memorandum Opinion, the Association's

Motion to Intervene is **DENIED**, and the Motion for Leave to File Second Amended Complaint

is also **DENIED**.

It is so **ORDERED**.

_____
WILLIAM L. CAMPBELL, JR.
UNITED STATES DISTRICT JUDGE