# IN THE UNITED STATES DISTRICT COURT FOR THE
## MIDDLE DISTRICT OF TENNESSEE
## NASHVILLE DIVISION

| | | |
|---|---|---|
| DOUGLAS DODSON, et al., | ) | |
| | ) | |
| **Plaintiffs,** | ) | |
| | ) | |
| **v.** | ) | **NO. 3:17-cv-00048** |
| | ) | |
| CORECIVIC, et al., | ) | **JUDGE CAMPBELL** |
| | ) | **MAGISTRATE JUDGE** |
| **Defendants.** | ) | **FRENSLEY** |

## <u>ORDER</u>

Pending before the Court are Defendant CoreCivic's Supplemental Motion to Dismiss and for Summary Judgment (Doc. No. 59) and Defendants Tennessee Department of Corrections and Tony Parker's Supplemental Motion to Dismiss (Doc. No. 65).

For the reasons stated in the accompanying Memorandum Opinion, Defendants Tennessee Department of Corrections and Tony Parker's Supplemental Motion to Dismiss (Doc. No. 65) is **DENIED**. Defendant CoreCivic's Supplemental Motion to Dismiss and for Summary Judgment (Doc. No. 59) is **GRANTED** in part and **DENIED** in part. Plaintiff's ADA claims against CoreCivic are **DISMISSED**.

It is so **ORDERED.**

_____
WILLIAM L. CAMPBELL, JR.
UNITED STATES DISTRICT JUDGE