# IN THE UNITED STATES DISTRICT COURT
## FOR THE MIDDLE DISTRICT OF TENNESSEE
### NASHVILLE DIVISION

| | | |
|---|---|---|
| **DOUGLAS DODSON, et al.** | ) | |
| **Plaintiffs,** | ) | |
| | ) | |
| **v.** | ) | **Civil No. 3:17-cv-00048** |
| | ) | **Judge Campbell/Frensley** |
| **CORE CIVIC, INC., et al .** | ) | |
| **Defendants.** | ) | |

## ORDER

On October 3, 2018, the Court entered an Order granting the Plaintiff's Motion for Class Certification. Docket No. 143. The Court appointed the named Plaintiffs Dodson and Vick as class representatives and their counsel as class counsel. *Id.* This matter was referred to the undersigned to determine which of the Plaintiffs' four law firms would be appointed lead class counsel. *Id.* Counsel are directed to meet and confer to determine whether they can reach an agreement regarding which of the four firms will be appointed lead counsel and apprise the Court through a notice if an agreement can be reached. In the event an agreement cannot be reached, any counsel wishing to serve as lead counsel for the class shall file a motion with the Court to be appointed lead counsel. The notice or motions shall be filed on or before November 1, 2018.

**IT IS SO ORDERED**.

**JEFFERY S. FRENSLEY**
**U. S. Magistrate Judge**