**IN THE UNITED STATES DISTRICT COURT FOR THE
MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION**

|  |  |  |
|---|---|---|
| **DOUGLAS DODSON, ET AL.,** | ) | |
| | ) | |
| **Plaintiffs,** | ) | |
| | ) | **NO. 3:17-cv-00048** |
| **v.** | ) | |
| | ) | **JUDGE CAMPBELL** |
| | ) | **MAGISTRATE JUDGE** |
| **CORECIVIC, INC., ET AL.,** | ) | **FRENSLEY** |
| | ) | |
| **Defendants.** | ) | |

## ORDER

Pursuant to Administrative Order No. 138, it is hereby ORDERED that this case is

**TRANSFERRED** to Judge Eli Richardson for all purposes.

All present deadlines and court dates shall remain in place, subject to modification by Judge

Richardson or the magistrate judge.

It is so **ORDERED**.

_____

WILLIAM L. CAMPBELL, JR.
UNITED STATES DISTRICT JUDGE

1