# IN THE UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF TENNESSEE
### NASHVILLE DIVISION

DOUGLAS DODSON, et al.       )
    Plaintiff(s)          )
                       )
v.                     )      Case No.  3:17-0048
                       )      Judge Richardson / Frensley
                       )
CORECIVIC, et al.         )
    Defendant(s)        )

## O R D E R

On January 15, 2019, Defendants Tennessee Department of Correction and Commissioner Tony Parker filed a Motion to Dismiss and supporting documents. Docket Nos. 152-153. According to the Case Management Order filed on April 7, 2017, any Response is due 28 days after the filing of the Motion, and any Reply shall be filed within 14 days after the filing of the Response. Docket No. 33. Any filings made related the Motion to Dismiss (for extensions of time, exceed the page limits, seal documents, or make manual filings) shall be considered by the Honorable Eli J. Richardson, District Judge.

IT IS SO ORDERED.

_____
JEFFERY S. FRENSLEY
United States Magistrate Judge