The motion is granted. This matter is referred to Magistrate Judge Frensley to set new case management deadlines and recommend a new trial date.

*Eli Richardson*

**UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION**

| | | |
|---|---|---|
| DOUGLAS DODSON, EDWARD JUDD, RICHARD LITTLE, JASPER VICK, AND JOHN YOUNG, | ) ) ) | |
| | ) | |
| Plaintiffs, | ) | |
| | ) | |
| v. | ) | Civil Action Number 3:17-CV-48 |
| | ) | District Judge Eli Richardson |
| CORECIVIC, INC., THE | ) | Magistrate Judge Jeffrey S. Frensley |
| TENNESSEE DEPARTMENT | ) | Jury Demand |
| OF CORRECTION, and | ) | |
| COMMISSIONER TONY PARKER, | ) | |
| | ) | |
| Defendants. | ) | |

## JOINT MOTION TO CONTINUE ALL REMAINING DEADLINES

Pursuant to Federal Rule of Civil Procedure 6, Plaintiffs Douglas Dodson and Jasper Vick and Defendants CoreCivic, Inc., the Tennessee Department of Correction, and Commissioner Tony Parker respectfully move the Court to continue all remaining deadlines, including the June 25, 2019 trial of this matter. Over the last few months, the parties diligently have been working to resolve all claims that are pending against all Defendants. The parties have made substantial progress; however, they need additional time to finalize a resolution. They would prefer to devote resources toward resolution rather than toward the tasks that soon must be completed in this matter, including but not limited to dispositive motion responses and expert witness disclosures. Therefore, the parties respectfully move the Court to continue all remaining deadlines, including the June 25, 2019 trial of this matter. This continuance will enable the parties to continue in their settlement discussions and will avoid the added time and expense that necessarily accompanies the tasks that soon must be completed in this matter.