**IN THE UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF TENNESSEE**
**NASHVILLE DIVISION**

DOUGLAS DODSON, et al. )
    Plaintiff(s) )
     )
v. )       Case No. 3:17-0048
     )       Judge Richardson /Frensley
     )
CORECIVIC, INC, et al. )
    Defendant(s) )

## **O R D E R**

Pursuant to the Order entered on March 4, 2019, by Judge Richardson, a telephone

conference is set for **April 1, 2019, at 10:30 a.m.** The parties shall call **1-877-336-1831** at the

appointed time, and when prompted for the access code, enter **7039387#** to participate in the

Conference.

IT IS SO ORDERED.

_____
JEFFERY S. FRENSLEY
United States Magistrate Judge