UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | |
|---|---|
| **DOUGLAS DODSON, EDWARD JUDD, RICHARD LITTLE, JASPER VICK, AND JOHN YOUNG,** ) ) ) ) | |
| **Plaintiffs,** ) ) | |
| v. ) ) | Civil Action Number 3:17-CV-48 |
| ) | District Judge Eli Richardson |
| **CORECIVIC, INC., THE TENNESSEE DEPARTMENT OF CORRECTION, and COMMISSIONER TONY PARKER,** ) ) ) ) ) ) | Magistrate Judge Jeffrey S. Frensley Jury Demand |
| **Defendants.** ) | |

## JOINT MOTION FOR PRELIMINARY APPROVAL
## OF CLASS ACTION SETTLEMENT

For the reasons that are set forth in the accompanying Memorandum of Law, Plaintiffs Douglas Dodson and Jasper Vick, as representatives of the class that the Court certified – "All inmates with Type I and insulin-dependent Type II diabetes who are or may become housed at [the] Trousdale Turner Correctional [Center] and who require access to blood sugar checks and insulin administration in coordination with regular mealtimes" ("Settlement Class") (Docket Entry 142) – by and through Class Counsel, and Defendant CoreCivic, Inc. ("CoreCivic"), by and through counsel, respectfully request that the Court enter an Order:

1. Preliminarily approving the settlement reached between Plaintiffs and CoreCivic, on behalf of themselves and the Settlement Class, as embodied in their proposed Judgment ("Judgment" or "Settlement") (Exhibit A);

2. Approving the notice program, including the Notice to Settlement Class Members ("Class Notice"), and directing that the Class Notice be disseminated to the Settlement Class Members (Exhibit B); and

3. Scheduling a fairness hearing for a date no earlier than forty-five days after filing an Order preliminarily approving the Settlement.

Respectfully submitted,

/s/ Jon C. Goldfarb
Jon C. Goldfarb (admitted pro hac vice)
Rachel McGinley (admitted pro hac vice)
L. William Smith (admitted pro hac vice)
Wiggins, Childs, Pantazis, Fisher & Goldfarb, LLC
The Kress Building
301 19th Street North
Birmingham, Alabama 35203
(205) 314-0500

Charles P. Yezbak, III (#18965)
Yezbak Law Offices
2002 Richard Jones Road, Suite B-200
Nashville, Tennessee 37215
(615) 250-2000

*Counsel for Plaintiffs Douglas Dodson and Jasper Vick*

/s/ Joseph F. Welborn, III
Joseph F. Welborn, III (#15076)
Erin Palmer Polly (#22221)
Butler Snow LLP
The Pinnacle at Symphony Place
150 Third Avenue, South
Nashville, Tennessee 37201
(615) 651-6700

Kyle V. Miller (admitted pro hac vice)
Butler Snow LLP
Renaissance at Colony Park

1020 Highland Colony Parkway, Suite 1400
P.O. Box 6010
Ridgeland, Mississippi 39158
(601) 948-5711

*Counsel for Defendant CoreCivic, Inc.*


/s/ Jennifer L. Brenner
Jennifer L. Brenner (#22692)
Civil Rights & Claims Division
Office of the Attorney General & Reporter
P.O. Box 20207
Nashville, Tennessee 37202
(615) 532-2500

*Counsel for The Tennessee Department of
Correction and Commissioner Tony Parker*

3

## CERTIFICATE OF SERVICE

       I certify that a true and exact copy of the foregoing has been served upon Filing Users via the electronic filing system and on other counsel via U. S. Mail, first-class postage prepaid, this April 26, 2019, on the following:

| | |
|---|---|
| John C. Goldfarb | Charles P. Yezbak, III |
| L. William Smith | Yezbak Law Offices |
| Rachel McGinley | 2002 Richard Jones Road, Suite B-200 |
| Wiggins, Childs, Pantazis, Fisher & Goldfarb, LLC | Nashville, Tennessee 37215 |
| The Kress Building | |
| 301 19th Street, North | |
| Birmingham, Alabama 35203 | |

Jennifer L. Brenner
Torrey Samson
Civil Rights & Claims Division
Office of the Attorney General & Reporter
P.O. Box 20207
Nashville, Tennessee 37202

                                                                    /s/ Joseph F. Welborn, III

4

Case 3:17-cv-00048    Document 162    Filed 04/26/19    Page 4 of 4 PageID #: 2614