IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | |
|---|---|
| DOUGLAS DODSON, EDWARD JUDD, and JASPER VICK,[1] <br><br> Plaintiff, <br><br> v. <br><br> CORECIVIC, INC., TENNESSEE DEPARTMENT OF CORRECTION, and COMMISSIONER TONY PARKER, <br><br> Defendants. | NO. 3:17-cv-00048 <br> JUDGE RICHARDSON |

## **ORDER**

Pending before the Court are a Joint Motion for Preliminary Approval of Class Action Settlement (Doc. No. 162), a Proposed Judgment (Doc. No. 162-1), a Proposed Notice (Doc. No. 162-2), and a Memorandum in Support of the Joint Motion (Doc. No. 163).

The Court will hold a telephone conference concerning this Joint Motion on Tuesday, May 7, 2019, at 10:30 a.m. to discuss concerns the Court has about the Proposed Judgment and Proposed Notice. The concerns relate to: the identity and status of legal representation of all current plaintiffs; the parties' intent in providing that CoreCivic, Inc. be "subject to the jurisdiction of the Court . . . for two years from the date of entry of this Judgment," Doc No. 162-1 at 3; the compatibility of the just-quoted language with the language included in the Proposed Notice under "Effectiveness of the Agreement," Doc. No. 162-2; and the precise identity and accessibility of what the Proposed Notice calls the "Agreement," Doc. No. 162-2.

---

[1] The papers submitted by the parties list Richard Little and John Young as Plaintiffs, but all claims of Little and Young were dismissed on May 29, 2018 (Doc. No. 134). The papers also list Edward Judd as a Plaintiff, but counsel for Plaintiffs indicate that they are counsel only for Plaintiffs Dotson and Vick, and there is no counsel indicated for Plaintiff Judd.

Counsel for each party shall participate in this telephone conference. Counsel shall request dialing instructions for the status conference via email at richardson_chambers@tnmd.uscourts.gov.

IT IS SO ORDERED.

*Eli Richardson*
ELI RICHARDSON
UNITED STATES DISTRICT JUDGE