UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | | |
|---|---|---|
| DOUGLAS DODSON and<br>JASPER VICK, | )<br>)<br>) | |
| Plaintiffs, | )<br>) | |
| v. | )<br>) | Civil Action Number 3:17-CV-48<br>District Judge Eli Richardson |
| CORECIVIC, INC., THE<br>TENNESSEE DEPARTMENT<br>OF CORRECTION, and<br>COMMISSIONER TONY PARKER, | )<br>)<br>)<br>)<br>) | Magistrate Judge Jeffrey S. Frensley<br>Jury Demand |
| Defendants. | ) | |

**AMENDED JOINT MOTION FOR PRELIMINARY APPROVAL
OF CLASS ACTION SETTLEMENT**

For the reasons that are set forth in the accompanying Amended Memorandum of Law, Plaintiffs Douglas Dodson and Jasper Vick, as representatives of the class that the Court certified – "All inmates with Type I and insulin-dependent Type II diabetes who are or may become housed at [the] Trousdale Turner Correctional [Center] and who require access to blood sugar checks and insulin administration in coordination with regular mealtimes" ("Settlement Class") (Docket Entry 142) – by and through Class Counsel, and Defendant CoreCivic, Inc. ("CoreCivic"), by and through counsel, respectfully request that the Court enter an Order:

1. Preliminarily approving the settlement reached between Plaintiffs and CoreCivic, on behalf of themselves and the Settlement Class, as embodied in the proposed Judgment ("Judgment") (Exhibit A);

2. Approving the notice program, including the Notice to Settlement Class Members ("Class Notice"), and directing that the Class Notice be disseminated to the Settlement Class Members (Exhibit B); and

3. Scheduling a fairness hearing for a date no earlier than forty-five days after filing an Order preliminarily approving the proposed Judgment.

Respectfully submitted,

/s/ Jon C. Goldfarb
Jon C. Goldfarb (admitted pro hac vice)
Rachel McGinley (admitted pro hac vice)
L. William Smith (admitted pro hac vice)
Wiggins, Childs, Pantazis, Fisher & Goldfarb, LLC
The Kress Building
301 19th Street North
Birmingham, Alabama 35203
(205) 314-0500

Charles P. Yezbak, III (#18965)
Yezbak Law Offices
2002 Richard Jones Road, Suite B-200
Nashville, Tennessee 37215
(615) 250-2000

*Counsel for Plaintiffs Douglas Dodson and Jasper Vick*

/s/ Joseph F. Welborn, III
Joseph F. Welborn, III (#15076)
Erin Palmer Polly (#22221)
Butler Snow LLP
The Pinnacle at Symphony Place
150 Third Avenue, South
Nashville, Tennessee 37201
(615) 651-6700

Kyle V. Miller (admitted pro hac vice)
Butler Snow LLP
Renaissance at Colony Park

1020 Highland Colony Parkway, Suite 1400
P.O. Box 6010
Ridgeland, Mississippi 39158
(601) 948-5711

*Counsel for Defendant CoreCivic, Inc.*


/s/ Jennifer L. Brenner
Jennifer L. Brenner (#22692)
Civil Rights & Claims Division
Office of the Attorney General & Reporter
P.O. Box 20207
Nashville, Tennessee 37202
(615) 532-2500

*Counsel for The Tennessee Department of Correction and Commissioner Tony Parker*

## **CERTIFICATE OF SERVICE**

I certify that a true and exact copy of the foregoing has been served upon Filing Users via the electronic filing system and on other counsel via U. S. Mail, first-class postage prepaid, this May 16, 2019, on the following:

John C. Goldfarb
L. William Smith
Rachel McGinley
Wiggins, Childs, Pantazis, Fisher & Goldfarb, LLC
The Kress Building
301 19th Street, North
Birmingham, Alabama 35203

Jennifer L. Brenner
Torrey Samson
Civil Rights & Claims Division
Office of the Attorney General & Reporter
P.O. Box 20207
Nashville, Tennessee 37202

Charles P. Yezbak, III
Yezbak Law Offices
2002 Richard Jones Road, Suite B-200
Nashville, Tennessee 37215


/s/ Joseph F. Welborn, III

47458947.v1

3