IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | | |
|---|---|---|
| DOUGLAS DODSON and JASPER VICK, | ) | |
| | ) | |
| Plaintiffs, | ) | |
| | ) | NO. 3:17-cv-00048 |
| v. | ) | JUDGE RICHARDSON |
| | ) | |
| CORECIVIC, INC., TENNESSEE | ) | |
| DEPARTMENT OF CORRECTION, and | ) | |
| COMMISSIONER TONY PARKER, | ) | |
| | ) | |
| Defendants. | ) | |
| | ) | |

## **ORDER**

The parties have agreed, as reflected in the proposed Judgment (Doc. No. 166-1),[1] that all claims against Defendants Tennessee Department of Corrections and Commissioner Tony Parker should be dismissed with prejudice. Because this Order dismisses fewer than all Defendants, the dismissal shall be pursuant to Fed. R. Civ. P. 21.[2] Accordingly, all claims against the Tennessee Department of Corrections and Commissioner Tony Parker are **DISMISSED** with prejudice.

In addition, as stated and agreed by the parties during their telephone conference with the Court on May 7, 2019, Edward Judd is no longer a plaintiff in this action. Accordingly, all claims of Edward Judd are also **DISMISSED** with prejudice, pursuant to Fed. R. Civ. P. 21.

---

[1] The parties have filed a Motion for Preliminary Approval of Class Action Settlement (Doc. No. 166), and the proposed settlement is reflected in the proposed Judgment (Doc. No. 166-1) and not in a separate document.

[2] The Sixth Circuit has indicated that dismissal of a party, as opposed to an entire action, should be based on Fed. R. Civ. P. 21. *AmSouth v. Dale*, 386 F.3d 763, 778 (6th Cir. 2004).

IT IS SO ORDERED.

_Eli Richardson_
ELI RICHARDSON
UNITED STATES DISTRICT JUDGE

Case 3:17-cv-00048   Document 169   Filed 05/23/19   Page 2 of 2 PageID #: 2667